IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00810-MSK-CBS

JEFFREY KRUGER, an individual,

    Plaintiff,

v.

MIDAS INTERNATIONAL CORPORATION,

    Defendants.
_____

## ORDER TO CLOSE CASE
_____

THIS MATTER having come before the Court, *sua sponte,* and the record revealing that the matter has been concluded,

IT IS ORDERED that the Clerk shall close the case.

Dated this 7th day of March, 2006.

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge